**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

GIGI S. HARVEY,

  Plaintiff,

   v.         CASE NO. 2:23-CV-454-HAB-ALT

COMMISSIONER OF SOCIAL SECURITY,

  Defendant.

## <u>OPINION AND ORDER</u>

This matter is before the Court for an Order on Magistrate Judge Andrew L. Teel's Report and Recommendations ("R&R") in which Judge Teel recommends that the Court grant the Motion for Attorney Fees filed by Plaintiff Gigi S. Harvey in the amount of $3,040.00. (ECF No. 20). The R&R was filed on May 26, 2026, and the parties were advised of the 14-day objection period under Federal Rule of Civil Procedure 72(b). That deadline has passed without any objections filed by the parties.

Harvey filed her suit in this matter on December 27, 2023, appealing the Commissioner of Social Security's denial of her application for disability benefits. (ECF No. 1). One month prior, Harvey entered an agreement with Counsel in which she agreed to pay Counsel 25 percent of any past-due benefits awarded to her. (ECF No. 17-1). On February 28, 2025, the Court granted the Commissioner's unopposed motion for reversal with remand and remanded the case for further proceedings. (ECF No. 11). Counsel has filed one previous request for attorney fees under the EAJA on May 29, 2024, which the Commissioner did not oppose, and which was granted by the Court in the amount of $398.25. (ECF No. 15). Since then, the Commissioner sent Harvey a notice of award on October 25, 2025, stating that she was found disabled as of February 19, 2020, and

was entitled to monthly disability benefits as well as past-due benefits of $53,624.00. (ECF No. 17-3). Counsel filed the instant motion for attorney fees on May 19, 2026. (ECF No. 16). The Commissioner filed a response stating they neither support nor oppose the motion. (ECF No. 19).

"If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). As recounted above, the parties have not objected to the recommended disposition of the case. The Court has reviewed the Magistrate Judge's R&R. The Magistrate Judge engaged in a thorough discussion of the relevant law, and the Court finds that the R&R is not clearly erroneous and is amply supported by the record. Accordingly, the Court adopts the Magistrate Judge's recommended disposition of the case.

Thus, the Report and Recommendation (ECF No. 20) is ADOPTED IN ITS ENTIRETY. The Motion for Attorney Fees (ECF No. 16) is GRANTED in the amount of $3,048.00. The Commissioner shall release any remaining withheld benefits to Rothgeb.

**SO ORDERED** this 30th day of June 2026.

s/ Holly A. Brady
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT